# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 21-2236V**
UNPUBLISHED

|  |  |
|---|---|
| ALDEN HARMON,<br><br>                    Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: March 23, 2023<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Human Papillomavirus (HPV)<br>Vaccine; Influenza (flu); Vasovagal<br>Syncope |

*Theodore G. Pashos, Pashos Law, LLC, St. Charles, MO,* for Petitioner.

*Julia Marter Collison, U.S. Department of Justice, Washington, DC,* for Respondent.

## DECISION AWARDING DAMAGES[1]

On November 30, 2021, Alden Harmon filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a syncopal episode upon receiving Gardasil and influenza ("flu") vaccines on September 17, 2020, which resulted in "injuries to his chin and jaw." Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 2, 2022, a ruling on entitlement was issued, finding Petitioner entitled to compensation for vasovagal syncope. On March 22, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $52,407.62 (comprised of $45,000.00 in pain and suffering, $258.00 in unreimbursed past medical expenses and $7,149.62 for future medical expenses). Proffer at 1. In the Proffer,

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $52,407.62 (comprised of $45,000.00 in pain and suffering, $258.00 in unreimbursed past medical expenses, and $7,149.62 for future medical expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

---

ALDEN HARMON,

                 Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                 Respondent.

No. 21-2236V
Chief Special Master Corcoran
ECF

---

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On November 30, 2021, Alden Harmon ("petitioner") filed a Petition for Compensation ("petition") under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"). 42 U.S.C. §§ 300aa-1 to -34.  Petitioner alleges that he suffered a syncopal episode upon receiving Gardasil and influenza ("flu") vaccines on September 17, 2020, which resulted in "injuries to his chin and jaw."  Petition at 1.  On August 1, 2022, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act, and the Chief Special Master subsequently issued a Ruling on Entitlement finding petitioner entitled to compensation.  ECF No. 17; ECF No. 18.

### I.     Items of Compensation

Respondent proffers that petitioner should be awarded **$52,407.62**, comprising $45,000.00 in pain and suffering damages, $258.00 in unreimbursed past medical expenses and $7,149.62 for future medical expenses.  Any future damages award has been reduced to net present value.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

## II.   <u>Form of the Award</u>

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]:  a lump sum payment of **$52,407.62**, representing compensation for all elements of economic and noneconomic damages, in the form of a check payable to petitioner, Alden Harmon.

## III.   <u>Summary of Recommended Payments Following Judgment</u>

Lump sum payable to petitioner, Alden Harmon:                       **$52,407.62**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

---

[1]     Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future damages.

2

<u>/s/ Julia M. Collison</u>
JULIA M. COLLISON
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station
Washington, DC 20044-0146
Tel:     (202) 305-0102

Dated:          March 22, 2023